No. 89–7659. PATTERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–176. KUENNEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–217. BROWN ET AL. v. ELIZABETH BLACKWELL HEALTH CENTER FOR WOMEN ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–259. LOWARY ET AL. v. LEXINGTON TEACHERS ASSN. ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–300. HAYS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–310. MIGLIORINI v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS. C. A. 7th Cir. Certiorari denied.

No. 90–373. KPMG PEAT MARWICK v. HOLLOWAY ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–431. DISPATCH PRINTING CO. v. SOLOVE, JUDGE, FRANKLIN COUNTY, OHIO, COURT OF COMMON PLEAS, ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 90–432. PERRY v. PRUDENTIAL-BACHE SECURITIES, INC. C. A. 3d Cir. Certiorari denied.

No. 90–437. GROTE v. TRANS WORLD AIRLINES, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–438. STEWART v. MORRIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–439. BIAS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF BIAS, DECEASED v. ADVANTAGE INTERNATIONAL, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 90–440. LUNN v. TIME INSURANCE CO. Sup. Ct. N. M. Certiorari denied.